FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR -6  PM 3: 32

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WALTER CHAPMAN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 05-353** |
| **WARDEN JAMES MILLER, ET AL.** | **SECTION "S" (3)** |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that defendants' motion to dismiss be **GRANTED**, that the official-capacity claims against defendants be **DISMISSED WITHOUT PREJUDICE** pursuant to Fed.R.Civ.P. 12(b)(1), and that the individual-capacity claims against defendants be **DISMISSED WITH PREJUDICE** pursuant to Fed.R.Civ.P. 12(b)(6).

New Orleans, Louisiana, this _3_ day of _March_, 2006.

UNITED STATES DISTRICT JUDGE

Fee_____
Process_____
Dktd_____
CtRmDep_____
Doc. No._____